UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>GREENFLIGHT VENTURE CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No.: 25-cv-1517-HB<br><br>CIVIL ACTION<br><br>**AFFIDAVIT OF JEFFREY ISSACS IN SUPPORT OF DEFENDANT GREENLIGHT'S MOTION TO DISMISS** |

**Dr. Jeffrey Isaacs**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury:

1. I am the Chief Executive Officer of Greenflight Venture Corporation, which developed and operates the web functionality of OkCaller.com ("OkCaller"), and I have personal knowledge of the facts set forth herein.

2. Greenflight Venture Corporation is incorporated and headquartered in Florida.

3. OkCaller was founded in 2014 solely to offer free web-based caller ID nationwide to enhance telephone safety.

4. OkCaller does not sell products or services. It offers caller ID information free of charge to all users nationwide. OkCaller does not maintain its own Caller-ID "CNAM" Database, and sources this data through agreements with third-parties. As such, OkCaller is not a data broker and does not maintain or store any PII about any Daniel's Law covered persons.

5. OkCaller has zero paying customers in New Jersey or anywhere else. OkCaller does not advertise in New Jersey, or anywhere, for that matter.

6. OkCaller has no physical presence, employees, property, or assets in New Jersey.

7. OkCaller's website is generally accessible and does not specifically target New Jersey residents.

8. Plaintiffs' demands under Daniel's Law impose costly and unsafe compliance burdens—such as verifying tens of thousands of "Atlasmail" requests—on this company with no New Jersey contacts , no New Jersey sourced revenue, and no electronic records or PII of NJ individuals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2025, Wellington Florida.

_____

**Dr. Jeffrey Isaacs, CEO**

Greenflight Venture Corporation