UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREENFLIGHT VENTURE CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>　　　　　Defendants. | Case No.: 25-cv-1517-HB<br><br>**CIVIL ACTION**<br><br>**PROPOSED ORDER**<br><br>Motion Returnable: April 22, 2025<br><br>Oral Argument is Requested |

This matter having come before the Court upon Defendant Greenflight Venture Corp.'s Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2), and the Court having considered the parties' submissions and arguments, and for good cause shown,

**IT IS on this \_\_\_\_ day of _____, 2025, ORDERED that:**

1. Defendant Greenflight Venture Corp.'s Motion to Dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) is hereby **[GRANTED/DENIED]**;
2. **[If granted:]** Plaintiffs' Complaint as against Defendant Greenflight Venture Corp. is hereby dismissed **without prejudice/with prejudice**;
3. **[If denied:]** Defendant shall file an Answer or otherwise respond to Plaintiffs' Complaint within \_\_\_\_ days of this Order.
4. The Clerk of Court shall take the necessary steps to effectuate this Order.

**SO ORDERED.**

Dated: April \_\_\_\_ , 2025

_____

Honorable Judge Harvey Bartle, III (EDPA)