IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| GREENFLIGHT VENTURE CORP., et al. | : | NO. 25-1517 |

ORDER

AND NOW, this 25th day of March, 2025, it is hereby ORDERED that the Motion of Defendant Greenflight Venture Corp. to Join the Consolidated Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Doc. #8) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                               J.