| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| RAJIV PARIKH | ALL | PLAINTIFFS |
| ADAM SHAW | ALL | PLAINTIFFS |
| Samantha Southall | 24-cv-04256 | Zillow Inc., Zillow Group Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Aaron Van Nostrand | 24-4380 | Go Hunt Holdings, et al |
| Patrick Misale | 24-4037 | Attorney General |
| Jason A. Spak | 24-4176 | Innovis Data Solutions, Inc. |
| Jared Levy – Wood Smith (Annalyse Berman) | 24-08451 | Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Lonudata, + Student Research Group |
|  "  |  "  |  |
| M. Marie Stichel | 24-44-34 | EMerges.com, Inc |
| KEN FRIEDMAN MANATT, PHELPS & PHILLIPS | 24-8075 | SMARTY LLC |
| Brian Deeney | 24-4385 | Synpatix Technology, LLC |
| Angelo Sho | 24-4644, 4080, 4269 | Propart/Radel, Rocket Reach, DM Group, Deluxe |
| Sudhir Rao | 24-11443 | Lighthouse List Co., LLC |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Nicole Khaouian | 24-4346 | 1BV0, LLC |
| Michael Berry | 24.cv.4269 | Tomson Reuters Petermart |
| Omar Marouf | 24-cv-04292 | Melissa Data Corp. |
| Andrew Browne | 24-cv-04160 / 04143-04141 | Scalable Commerce, Cnj Data Research, Digital Safety Products |
| Andrew Sheppard | 25-cv-01480 | First Direct, Inc. |
| A.J. Yovall | 24-cv-4949 | Blue Cap Crunl |
| Kevin Reich | 24-cv-4261 | Equimine, Inc. |
| Brian Nosel | 24.CV.4096 | DELVEPOINT LLC |
| Timothy Ochulmi | 24-cv-11023 | Spy Dialer, Inc. |
| John Brigandi | 25-cv-237 | Peoplewhiz |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Joseph McNelis | 24- cv - 4178<br>24- cv - 4324 | Accurate Appel Restoration of America |
| Kelly Purcaro | 24-cv- 05656 | Nesco |
| Kelly Purcaro | - 05775 | Analyst |
| Kelly Purcaro | - 10600 | DarkOwl |
| Kelly Purcaro | - 04389 | SafeRochwel |
| Kelly Purcaro | - 05658 | Searchbug |
| Kelly Purcaro | - 07334 | US Data |
| Kelly Purcaro | - 04383 | AccuZip |
| Robert Szyba | 4037<br>4041<br>4046 | WeInform<br>Infomatics<br>PeopleSearchers |