UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-037

No. **25-8013**

Atlas Data Privacy Corp.
v.
First Direct Inc.,
Petitioner

(D.N.J. No. 1:25-cv-01480)

No. **25-8014**

Atlas Data Privacy Corp.
v.
Greenlights Venture Corp.,
Petitioner

(D.N.J. No. 1:25-cv-01517)

Present:  BIBAS, FREEMAN, and CHUNG, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. § 1292(b) Filed by First Direct Inc.

2. Petition for Permission to Appeal under 28 U.S.C. § 1292(b) Filed by Greenlights Venture Corp.

3. Letter Filed by Respondents Atlas Data Privacy Corp. et al.

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing petitions to appeal are GRANTED.

Within two (2) days, the petitioners must pay the district clerk all required fees. *See* Fed. R. App. P. 5(d)(1). The Clerk will then docket the appeals. *See* Fed. R. App. P. 5(d)(3).

The new appeals will be consolidated for all purposes with the thirty-nine similar appeals docketed at Nos. 25-1555 through 25-1593.

Briefing in all appeals will proceed under the previously established peremptory schedule:

All appellants must file a single, joint opening brief by April 14, 2025.

All plaintiffs must file a single, joint response brief by May 12, 2025. By the same deadline, the Attorney General of New Jersey may file its own brief.

All appellants must file a single, joint reply brief by May 27, 2025.

The Clerk will calendar all appeals for submission to a merits panel during the week of July 7, 2025.

Because of the expedited briefing schedule, the Court does not anticipate adding future appeals to this group.

By the Court,

s/ Stephanos Bibas
Circuit Judge

Dated: April 4, 2025
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk