UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>GREENFLIGHT VENTURE CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No.: 1:25-CV-01517-HB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES** |

The Court having now reviewed the Parties' Joint Motion to Stay All Deadlines finds that it is well taken and should be granted. It is therefore,

ORDERED that the Motion is hereby GRANTED and Defendant Greenflight Venture Corp.'s deadline to respond to the Complaint and/or file their dispositive motions, is further stayed until June 7, 2025.

It is further ORDERED that should settlement not be achieved by June 7, 2025, Defendant Greenflight Venture Corp. shall be permitted to file responsive pleadings in this matter.

SO ORDERED this _____ day of April, 2025.

_____
Harvey Bartle III
United States District Court Judge