IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREENFLIGHT VENTURE CORP., et al. | : | NO. 25-1517 |

<u>ORDER</u>

AND NOW, this 23rd day of April 2025, it is hereby ORDERED that:

(1) The Joint Motion to Stay All Deadlines (Doc. #16) is GRANTED;

(2) This action is STAYED pending further order of court; and

(3) The parties shall provide the court with a status report on or before June 7, 2025.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.