Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER LOCKE LLP**
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6277
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant DM Group, Inc.,*
*Deluxe Corporation, RocketReach LLC,*
*and PropertyRadar Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>WE INFORM, LLC., et al.,<br><br>                    Defendants. | Civil Action No. 1:24-cv-4037 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>INFOMATICS, LLC, et al.,<br><br>                    Defendants. | Civil Action No. 1:24-cv-4041 |

ATLAS DATA PRIVACY CORPORATION,
et al.,

                    Plaintiffs,

    v.

THE PEOPLE SEARCHERS, LLC, et al.,

                    Defendants.

Civil Action No. 1:24-cv-4045

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

                    Plaintiffs,

    v.

DM GROUP, INC., et al.,

                    Defendants.

Civil Action No. 1:24-cv-04075

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

                    Plaintiffs,

    v.

DELUXE CORPORATION, et al.,

                    Defendants.

Civil Action No. 1:24-cv-4080

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

                    Plaintiffs,

    v.

QUANTARIUM ALLIANCE, LLC, et al.,

                    Defendants.

Civil Action No. 1:24-cv-4080

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 1:24-cv-4103 |
| v. | |
| YARDI SYSTEMS, INC., et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 1:24-cv-4141 |
| v. | |
| DIGITAL SAFETY PRODUCTS, LLC, et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 1:24-cv-04143 |
| v. | |
| CIVIL DATA RESEARCH | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 1:24-cv-04160 |
| v. | |
| SCALABLE COMMERCE, LLC, et al., | |
| Defendants. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC.<br><br>          Defendants. | Civil Action No. 1:24-cv-4174 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>INNOVIS DATA SOLUTIONS INC., et al.,<br><br>          Defendants. | Civil Action No. 1:24-cv-4176 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>ACCURATE APPEND, INC., et al.<br><br>          Defendants. | Civil Action No. 1:24-cv-4178 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., et al.,<br><br>          Defendants. | Civil Action No. 1:24-cv-04256 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>EQUIMINE, INC., et al.,<br><br>             Defendants. | Civil Action No. 1:24-cv-04256 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>MELISSA DATA CORP., et al.,<br><br>             Defendants. | Civil Action No. 1:24-cv-4292 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>RESTORATION OF AMERICA, et al.,<br><br>             Defendants. | Civil Action No. 1:24-cv-4324 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>i360, LLC, et al.,<br><br>             Defendants. | Civil Action No. 1:24-cv-4345 |

5

ATLAS DATA PRIVACY CORPORATION,
et al.,

     Plaintiffs,

v.

GOHUNT, LLC, et al.,

     Defendants.

Civil Action No. 1:24-cv-04380

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

     Plaintiffs,

v.

ACCUZIP, INC., et al.,

     Defendants.

Civil Action No. 1:24-cv-4383

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

     Plaintiffs,

v.

SYNAPTIX TECHNOLOGY, LLC, et al.,

     Defendants.

Civil Action No. 1:24-cv-4385

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

     Plaintiffs,

v.

JOY ROCKWELL ENTERPRISES, INC., et
al.,

     Defendants.

Civil Action No. 1:24-cv-4389

ATLAS DATA PRIVACY CORPORATION,
et al.,

        Plaintiffs,

v.

E-MERGES.COM, INC.

        Defendants.

Civil Action No. 1:24-cv-4434

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

        Plaintiffs,

v.

NUWBER, INC., et al.,

        Defendants.

Civil Action No. 1:24-cv-04609

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

        Plaintiffs,

v.

ROCKETREACH LLC, et al.,

        Defendants.

Civil Action No. 1:24-cv-4664

---

ATLAS DATA PRIVACY CORPORATION,
et al.,

        Plaintiffs,

v.

BELLES CAMP COMMUNICATIONS,
INC., et al.,

        Defendants.

Civil Action No. 1:24-cv-04949

ATLAS DATA PRIVACY CORPORATION, et al.,

            Plaintiffs,

v.

PROPERTYRADAR, INC., et al.,

            Defendants.

Civil Action No. 1:24-cv-5600

---

ATLAS DATA PRIVACY CORPORATION, et al.,

            Plaintiffs,

v.

THE ALESCO GROUP, L.L.C.

            Defendants.

Civil Action No. 1:24-cv-5656

---

ATLAS DATA PRIVACY CORPORATION, et al.,

            Plaintiffs,

v.

SEARCHBUG, INC.

            Defendants.

Civil Action No. 1:24-cv-05658

---

ATLAS DATA PRIVACY CORPORATION, et al.,

            Plaintiffs,

v.

AMERILIST, INC., et al.,

            Defendants.

Civil Action No. 1:24-cv-05775

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:24-cv-7324 |
| US DATA CORPORATION, et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:24-cv-8075 |
| SMARTY, LLC, et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:24-cv-8451 |
| COMPACT INFORMATION SYSTEMS, LLC, et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:24-cv-10600 |
| DARKOWL, LLC, et al., | |
| Defendants. | |

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-04269 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DELVEPOINT LLC, et al.<br><br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-04096 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SPY DIALER, INC., et al.,<br><br><br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-11023 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>PEOPLEWHIZ, INC., et al.,<br><br>         Defendants. | Civil Action No. 1:25-cv-00237 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>LIGHTHOUSE LIST COMPANY, LLC., et al.,<br><br>         Defendants. | Civil Action No. 1:24-cv-11443 |

## DEFENDANTS' CONSOLIDATED MOTION TO DISMISS
## PURSUANT TO RULE 12(b)(6)

TO:    Rajiv D. Parikh
       Kathleen Barnett Einhorn
       Pem Law LLP
       1 Boland Dr., Suite 101
       West Orange, New Jersey 07052
       rparikh@pemlawfirm.com
       keinhorn@pemlawfirm.com

       Mark Mao
       Boies Schiller Flexner LLP
       44 Montgomery Street, 41st Floor
       San Francisco, CA 94104
       mmao@bsfllp.com

       John Yanchunis
       Morgan and Morgan
       201 N. Franklin Street, 7th Floor
       Tampa FL 33602
       jyanchunis@ForThePeople.com

**PLEASE TAKE NOTICE** that the undersigned counsel for the defendants in the above-captioned matters (collectively, "Defendants") hereby move for an order dismissing the Complaints filed in the above-captioned matters with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a plausible claim upon which relief could be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Defendants shall rely on the enclosed Memorandum of Law and the Declaration of Angelo A. Stio, III and the exhibits attached thereto.  A proposed form of Order also is submitted for the Court's convenience.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: March 18, 2025                     **TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

-and-

Tambry L. Bradford (admitted *pro hac vice*)
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213)928-9800
Tambry.Bradford@troutman.com

*Attorneys for Defendant RocketReach LLC*
*(1:24-cv-04664)*
**TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

-and-

Timothy J. St. George (admitted *pro hac vice*)
Troutman Pepper Locke Building
1001 Haxall Point
15th Floor
Richmond, VA 23219
(804) 697-1200
Timothy.St.George@troutman.com

*Attorneys for Defendants Deluxe Corp.*
*(1:24-cv-04080)*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant Property Radar Inc.*
*(1:24-cv-05600)*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant DM Group Inc.*
*(1:24-cv-04075)*

**BALLARD SPAHR LLP**

*s/ Marcel S. Pratt*
Marcel S. Pratt
Michael Berry
1735 Market Street, Fl. 51
Philadelphia, PA  19103-7599
(215) 864-8500
prattm@ballardspahr.com
berrym@ballardspahr.com

*Attorneys for Defendant*
*Thomson Reuters Corporation (1:24-cv-*
*04269)*

**SEYFARTH SHAW LLP**

*s/ Robert T. Szyba*
Robert T. Szyba
Max A. Scharf
620 Eighth Avenue, 32nd Floor
New York, NY  10018
(212) 218-5500
rszyba@seyfarth.com
mschart@seyfarth.com

*Attorneys for Defendants*
*We Inform, LLC (1:24-cv-04037), Infomatics,*
*LLC (1:24-cv-04041), and The People*
*Searchers, LLC (1:24-cv-04045)*
**GORDON REES SCULLY**
**MANSUKHANI LLP**

*s/ Clair E. Wischusen*
Clair E. Wischusen
291 W. Mt. Pleasant Avenue
Suite 3310
Livingston, NJ  070369
(973) 549-2500
cwischusen@grsm.com

*Attorneys for Defendants*
*Quantarium Alliance, LLC and Quantarium*
*Group, LLC (1:24-cv-04098)*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Anthony J. Staltari*
Anthony J. Staltari
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
anthonystaltari@quinnemanuel.com

-and-

Viola Trebicka (admitted *pro hac vice*)
John Wall Baumann (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
violatrebicka@quinnemanuel.com
jackbaumann@quinnemanuel.com

-and-

Ella Hallwass (admitted *pro hac vice*)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
ellahallwass@quinnemanuel.com

-and-

Xi ("Tracy") Gao (admitted *pro hac vice* )
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
tracygao@quinnemanuel.com

*Attorneys for Defendant*
*Yardi Systems, Inc. (1:24-cv-04103)*

**LOMURRO, MUNSON, LLC**

*s/ Eric H. Lubin*
Eric H. Lubin
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, NJ  07728
(732) 414-0300
ELubin@lomurrolaw.com

*Attorneys for Defendants*
*Digital Safety Products, LLC (1:24-cv-*
*04141), Civil Data Research (3:24-cv-*
*04143), and Scalable Commerce & National*
*Data Analytics (2:24-cv-04160)*

**STOEL RIVES LLP**

*s/ Misha Isaak*
Misha Isaak
James Kilcup
Alexandria Giza
760 SW Ninth Ave., Suite 3000
Portland, OR  97205
(503) 294-9460
misha.isaak@stoel.com
james.kilcup@stoel.com
alexandra.giza@stoel.com

-and –

**COOPER, LLC–COUNSELORS AT**
**LAW**
Ryan J. Cooper
108 N. Union Ave., Suite 4
Cranford, NJ  07016
ryan@cooperllc.com

*Attorneys for Defendant*
*Labels & Lists, Inc. (1:24-cv-04174)*

18

**PIERSON FERDINAND LLP**

*s/ Jill A. Guldin*
Jill A. Guldin
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
(856) 896-409
jill.guldin@pierferd.com

-and –

**FISHERBROYLES LLP**

Jason A. Spak (admitted *pro hac vice*)
6360 Broad Street #5262
Pittsburgh, PA  15206
(412) 401-2000
jason.spak@fisherbroyles.com

*Attorneys for Defendant*
*Innovis (1:24-cv-24-04176)*

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ John E. MacDonald*
John E. MacDonald
3120 Princeton Pike, Suite 301
Lawrenceville, NJ  08648
(609) 454-0096
jmacdonald@constangy.com

*Attorneys for Defendants*
*Accurate Append, Inc. (1:24-cv-04178), and*
*Restoration of America, Inc. (1:24-cv-04324)*

**BUCHANAN INGERSOLL & ROONEY PC**

<u>s/ Krista A. Rose</u>
Krista A. Rose
Samantha L. Southall (admitted *pro hac vice*)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(215) 665-3800
krista.rose@bipc.com
samantha.southall@bipc.com

*Attorneys for Defendants Zillow Inc. and Zillow Group, Inc.*
*(1:24-cv-04256)*

**GIBBONS P.C.**

<u>s/ Frederick W. Alworth</u>
Frederick W. Alworth
Kevin R. Reich
One Gateway Center
Newark, NJ  07102-5310
(973) 596-4500
falworth@gibbonslaw.com
kreich@gibbonslaw.com

*Attorneys for Defendant*
*Equimine, Inc. (1:24-cv-04261)*

**RIKER DANZIG LLP**

*s/ Michael P. O'Mullan*
Michael P. O'Mullan
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
(973) 451-8477
momullan@riker.com

*Attorneys for Defendant*
*Melissa Data Corporation (1:24-cv-04292)*

**STINSON LLP**

*s/ Richard J.L. Lomuscio*
Richard J.L. Lomuscio (ID: 038461999)
100 Wall Street, Suite 201
New York, New York 10005
(646) 883-7471
richard.lomuscio@stinson.com

Matthew D. Moderson (admitted *pro hac vice*)
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
(816) 691-2736
matt.moderson@stinson.com

*Attorneys for Defendant*
*i360, LLC (1:24-cv-04345)*

**GREENBERG TRAURIG, LLP**

*s/ David E. Sellinger*
David E. Sellinger
Aaron Van Nostrand
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 443-3557
sellingerd@gtlaw.com
Aaron.VanNosrand@gtlaw.com

*Attorneys for Defendants GoHunt, LLC,*
*GoHunt Management Holdings, LLC and*
*GoHunt Management Holdings II, LLC*
*(1:24-cv-04380)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ  07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

-and-
**LOWENSTEIN SANDLER LLP**

*s/ Jennifer Fiorica Delgado*
Jennifer Fiorica Delgado
One Lowenstein Drive
Roseland, NJ  07068
(646) 414-6962
jdelgado@lowenstein.com

*Attorneys for Defendant Accuzip, Inc.*
*(1:24-cv-04383)*

**LEWIS BRISBOIS BISGAARD &
SMITH, LLP**

*s/ Thomas C. Regan*
Thomas C. Regan
Matthew S. AhKao
One Riverfront Plaza, Suite 800
Newark, NJ  07102
(973) 577-6260
Thomas.Regan@lewisbrisbois.com
Matthew.AhKao@lewisbrisbois.com


*Attorneys for Defendant
Synaptix Technology, LLC (1:24-cv-04385)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ  07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant
Joy Rockwell Enterprises, Inc. d/b/a
PostcardMania PCM LLC ( 1:24-cv-04389)*

**RKW, LLC**

*s/ H. Mark Stichel*
H. Mark Stichel
10075 Red Run Blvd., 4th Floor
Owings Mills, MD  21117
(443) 379-8987
HMStichel@RKWlawgroup.com

*Attorneys for Defendant*
*E-Merges.com, Inc. (1:24-cv-04434)*

**GORDON REES SCULLY MANSUKHANI LLP**

*s/ Clair E. Wischusen*
Clair E. Wischusen
291 W. Mt. Pleasant Avenue
Suite 3310
Livingston, NJ 07039
(973) 549-2500
cwischusen@grsm.com

*Attorneys for Defendant Nuwber, Inc.*
*(1:24-cv-04609)*

**BLANK ROME LLP**

*s/ Stephen M. Orlofsky*
Stephen M. Orlofsky
Philip N. Yannella
Thomas P. Cialino
300 Carnegie Center, Suite 220
Princeton, NJ 08540
(609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com

*Attorneys for Defendant Belles Camp*
*Communications, Inc. (1:24-cv-04949)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ  07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant*
*The Alesco Group, L.L.C. (1:24-cv-05656)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ  07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant*
*Searchbug, Inc. (1:24-cv-05658)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ  07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant*
*Amerilist, Inc. (1:24-cv-05775)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ  07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant*
*US Data Corporation (1:24-cv-07324)*

**MANATT, PHELPS & PHILLIPS, LLP**

*s/ Kenneth D. Friedman*
Kenneth D. Friedman
7 Times Square
New York, NY  10036
(212) 790-4500
kfriedman@manatt.com
-and -
Kareem A. Salem (admitted *pro hac vice*)
Brandon Reilly (admitted *pro hac vice*)
662 Encinitas Blvd., Suite 216
Encinitas, CA  92024
(619) 205-8520
ksalem@manatt.com
breilly@manatt.com

*Attorneys for Defendant*
*Smarty, LLC (1:24-cv-08075)*

**WOOD, SMITH, HENNING & BERMAN LLP**

*s/ Jared K. Levy*
Jared K. Levy
Jacqueline Murphy
Christopher J. Seusing
Sean V. Patel
400 Connell Drive, Suite 1100
Berkeley Heights, NJ  07922
(973) 265-9901
jlevy@wshblaw.com
jmurphy@wshblaw.com
cseusing@wshblaw.com
spatel@wshblaw.com

*Attorneys for Defendants*
*Compact Information Systems, LLC,*
*Accudata Integrated Marketing, Inc.,*
*Alumnifinder, ASL Marketing, Inc., College*
*Bound Selection Services, Deepsync Labs,*
*Homedata, and Student Research Group*
*(1:24-cv-08451)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ  07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

-and

**RAJ FERBER PLLC**

Kiran Raj (admitted *pro hac vice*)
Ryan Scott Ferber (admitted *pro hac vice*)
1629 K Street NW, Suite 300
Washington, DC  20006
(202) 827-9785
kiran@rajferber.com
scott@raiferber.com

*Attorneys for Defendant*
*Darkowl, LLC (1:24-cv-10600)*

**WADE CLARK MULCAHY LLP**
/s/  Robert J. Cosgrove
Robert J. Cosgrove, Esq.
955 South Springfield Avenue, Suite 100
Springfield, NJ 07081
(267) 665-0743
WCM No.: 827.16116
RCosgrove@wcmlaw.com

*Attorneys for Defendant Delvepoint, LLC*
*(1:24-cv-04096)*

**Kaufman Dolowich LLP**

/s/ Christopher Nucifora

Christopher Nucifora, Esq.

Timothy M. Ortolani, Esq.

Court Plaza North

25 Main Street, Suite 500

Hackensack, New Jersey 07601

(201) 708-8207

cnucifora@kaufmandolowich.com

tortolani@kaufmandolowich.com

*Attorneys for Defendant Spy Dialer, Inc.*

*(1:24-cv-11023)*

**KNUCKLES & MANFRO, LLP**

/s/ John E. Brigandi

John E. Brigandi

600 E. Crescent Avenue

Suite 201

Upper Saddle River, NJ 07677

(201) 391-0370

jeb@km-llp.com

*Attorneys for Defendant PeopleWhiz, Inc.*

*(1:25-cv-00237)*

**STARR, GERN, DAVISON & RUBIN, P.C.**

/s/ Ronald L. Davison

Ronald L. Davison, Esq. (266481971)

Starr, Gern, Davison & Rubin, P.C.

105 Eisenhower Parkway, Suite 401

Roseland, NJ 07068-1640

973.403.9200

rdavison@starrgern.com

-and-

**ZWILLGEN PLLC**

Jacob Sommer, Esq. (*pro hac vice* pending)

1900 M. Street NW, Suite 250

Washington, DC 20036

202.706.5205

jake@zwillgen.com

Sudhir V. Rao, Esq. (*pro hac vice* pending)

183 Madison Avenue, Suite 1504

New York, NY 10016
Tel: 646.362.5590
Sudhir.Rao@zwillgen.com
*Attorneys for Defendant Lighthouse List Company, LLC*
*(1:24-cv-11443)*

Dated: March 18, 2025