IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| GREENFLIGHT VENTURE CORP., et al. | : : | NO. 25-1517 |

ORDER

AND NOW, this 12th day of June 2025, it is hereby ORDERED that:

(1) The Motion of defendant Greenflight Venture Corp. to join the consolidated motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #22) is GRANTED with the understanding that no additional briefing will be filed; and

(2) The Order of this court dated April 23, 2025 staying this action is VACATED.

BY THE COURT:

/s/ Harvey Bartle III
J.