PLAINTIFFS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| RAJ PARIKH | AL (Pem Law LLP) | Plaintiffs |
| Adam Shaw | ALL (Barci Schilka Flexner) | Plaintiffs |
| John Yanchunis | ALL (Morgan & Morgan) | Plaintiffs |
| Eric Palmer | ALL (Boies Schiller Flexner) | Plaintiffs |
| [illegible signature] | | |
| H.Mark Stichel | 24-c-4434 | eMerge. Com |
| | | |
| | | |
| | | |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Angelo Stio / Mike Schwartz / Tim Si Geith | 1:24-cv-04675, 4665 04380, 500 | Deluxe Corp, Property Radar, Rocket Reach, DM, Group |
| Marcel Pratt | 24-4269 | West Publishing Corp, TREC |
| Samantha Southall | 24-4256 | Zillow Group Zillow |
| John MacDonald | RESTORATION ACCURATE APPEALS GRESSO6T303, LLC | |
| Tom Cialino | 1:24-cv-04949-HB | Belles Camp Communications, Inc. |
| Brian Deeney | 1:24-cv-4365 | Synaptix Technology, LLC |
| Sudhir Rao | 1:24-cv-11443 | Lighthouse List Co., LLC |
| Aaron Van Nostrand | 25-8617 | Brooks Integrated Marketing |
| " " | 24-4380 | Go Hunt |
| Abel Yanek | 24-4994 | Belles Camp Consultin |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Robert T Szyba | 24-cv-4037<br>" " 41<br>" 45 | Atlas v. We Inform<br>Infomatics<br>The People Searchers |
| John E. Brigandi | 25-cv-237 | Atlas v. People Whiz |
| Taylor E Cerwinski | 24-cv-04075 4B<br>-08 4S1 | Atlas v. Compact Info Systems; Accolade<br>Integrated marketing, Alumnifinders, ASL marketing,<br>Collegebound Selection Services, DeepSync Labs,<br>Homeedia + Stodart Research Grop |
| Bianca Evans | 25-cv-61535 | IWS |
| " | 24-cv-4098 | Quananum |
| KellyBrocaro | 05656 | Alesco |
| " " | 04383 | AccuZip |
| " " | 05775 | Amerilist |
| " | 07324 | usData |
| " " | 04389 | Soy Rockwell |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Kelly Purcaro | 05658 | Searchbug |
| Kelly Purcaro | 10600 | DarkOWL |
| Kelly Purcaro | 07650 | TruDiligence/Scand.A/S |
| Kelly Purcaro | 06863 | REDX |
| Richard Lomuscio | 24-cv-4345 | i360, LLC |
| Omar Marouf | 24-cv-4792 | Melissa Data Corp. |
| Kevin Reich | 24-cv-4261 | Equimine Inc |
| Andrew Brown | 21-cv-04150 / 24-4943 | Scalable Commerce Digital Safety/Civil Data Research |
| Timothy Ortolani | 24-cv-11023 | Spy Dialer, Inc. |
| Aaron Bendas | 25-cv-09963 | Sterling |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Jason A. Spak | 1:24-cv-04176 | Innovis |
| Jared M. Wichnovitz | 1:25-cv-01517 | Greenflight Venture Corp. |
| Brian T. Noss | 1:24.cv.4056 | DSUVE Point, LLC |
| Kevin S Mangan | 1:25-5985 | PublicNSA, LLC |
| | | |
| | | |
| | | |
| | | |
| | | |

Intervenors

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Kathleen C Riley | all dockets 84-4041,24-5075, 24-4037, see → Dkt. 24-4037 ECF61 for list | New Jersey Attorney General |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |