# Exhibit B



Rajiv D. Parikh, Esq.
Partner
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

June 4, 2025

**VIA ELECTRONIC MAIL**

Counsel of Record for Defendants
(see Appendix A for recipients)

**Re:** ***In re: Daniel's Law Compliance Litigation (District of New Jersey)***
**Deficient Responses to Plaintiffs' Discovery Requests Concerning Personal Jurisdiction**

Dear Counsel:

On behalf of plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, and the named individuals (collectively, the "Plaintiffs") in the matters referenced in Appendix A, kindly accept this letter regarding deficiencies to each of your respective clients' responses to personal jurisdiction discovery.

As you know, on April 2, 2025, the court ordered Defendants to provide discovery concerning the issue of whether this Court has personal jurisdiction over each Defendant. On April 14, 2025, Plaintiffs issued an identical First Set of Requests for Production of Documents and First Set of Interrogatories concerning personal jurisdiction to each of your clients. On or about May 14, 2025, each of your clients provided initial responses to those requests.

After reviewing each defendant's responses, we believe they are deficient and incomplete. To the extent that your clients have similar objections and/or wish to coordinate, we welcome the opportunity for a joint discussion. Nonetheless, we believe it is important to meet and confer – jointly or individually with all Defendants regarding their deficiencies. We propose an initial joint call on or before Friday, June 6 with all defense counsel and a subsequent call with individual counsel – as needed – for any case specific issues.

To ensure that our joint meet and confer call is productive, we note that each defendants' document and interrogatory responses—and, where provided, document productions—were deficient and incomplete concerning several topics relevant to personal jurisdiction, including but not limited to:

- Defendants' gathering or transfer of New Jersey data—for example:




   - Defendants' "involvement, participation, or role in the collecting, publishing, disseminating, selling, or providing access to, or otherwise making available information subject to Daniel's Law, including but not limited to the sources, methods, purposes, and recipients of such information." (Document Request No. 1(d); see also Interrogatory No. 10.)

- Defendants' marketing towards New Jersey customers—for example:
   - Defendants' "marketing, advertising, soliciting, or offering of any product or service that publishes, provides access to, or otherwise makes available information subject to Daniel's Law, including without limitation in New Jersey or to New Jersey customers." (Document Request No. 1(b); see also Interrogatory No. 4.)

- Defendants' total revenue vis-à-vis revenue in New Jersey—for example:
   - "All documents reflecting or relating to Defendant's revenues, profits, or income derived from any product or service that publishes, provides access to, or otherwise makes available information subject to Daniel's Law, including without limitation for products or services offered in New Jersey or to New Jersey customers." (Document Request No. 2.)

- Defendants' actions with respect to Daniel's Law, including in response to the requests from Individual Plaintiffs and Covered Persons—for example:
   - "All documents reflecting or relating to Defendant's response to Daniel's Law requests received from the Covered Persons and Individual Plaintiffs." (Document Request No. 15; see also Interrogatory No. 9.)
   - "Any and all documents reflecting or relating to any audits, reviews, or evaluations conducted by Defendant or any other related entity or any third-party regarding compliance under New Jersey law for any product or service that publishes, provides access to, or otherwise makes available information subject to Daniel's Law." (Document Request No. 11; see also Interrogatory No. 7.)
   - "Any and all documents reflecting or relating to any internal or external communications, correspondence, or discussions by Defendant or any other related entity regarding the introduction and passage of Daniel's Law in New Jersey, including the applicability, scope, and effect of the law." (Document Request No. 13.)

In addition, Appendix A contains information with respect to the specific responses from each Defendant that are deficient.




Please let us know a date and time on or before Friday, June 6 so that the parties can jointly meet and confer regarding these deficiencies, or confirm that your client will remedy such deficiencies by a date certain in advance of our conference with the Court.

Be guided accordingly.

Very truly yours,

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: *<u>/s/Rajiv D. Parikh</u>*
RAJIV D. PARIKH

RDP/
Enclosures




Appendix A: Deficiencies by Defendant & Recipients to Letter

*Atlas Data Privacy Corp., et al. v. Belles Camp Communications, Inc.*
Docket No. 1:24-cv-04949

Responses to the following requests are deficient:

- Interrogatory No. 3
- Interrogatory No. 4
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 2
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 8
- Document Request No. 9
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 21
- Document Request No. 22

To:
Stephen M. Orlofsky, Esq.
Thomas Cialino, Esq.
Philip N. Yannella, Esq.
Gregory A. Bailey, Esq.
**BLANK ROME LLP**
300 Carnegie Center, Suite 220
Princeton, NJ 08540
stephen.orlofsky@blankrome.com




thomas.ciliano@blankrome.com
philip.yanella@blankrome.com
gregory.bailey@blankrome.com

*Atlas Data Privacy Corp., et al. v. Delvepoint, LLC.*
Docket No. 1:24-cv-04096

Responses to the following requests are deficient:

- Interrogatory No. 3
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 9
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 21

To:
Robert J. Cosgrove, Esq.
Brian T. Noel, Esq.
**WADE CLARK MULCAHY LLP**
955 S Springfield Avenue, Suite 100
Springfield, NJ 07081
rcosgrove@wcmlaw.com
bnoel@wcmlaw.com




*Atlas Data Privacy Corp., et al. v. Equimine, Inc. d/b/a Propstream*
Docket No. 1:24-cv-04261

Responses to the following requests are deficient:

- Interrogatory No. 5
- Interrogatory No. 6
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 5
- Document Request No. 7
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 19
- Document Request No. 21

To:
Kevin R. Reich, Esq.
Frederick W. Alworth, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
kreich@gibbonslaw.com
falworth@gibbonslaw.com




*Atlas Data Privacy Corp., et al. v. Go Hunt, LLC*
Docket No. 1:24-cv-04380

Responses to the following requests are deficient:

- Interrogatory No. 5
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 17

To:
Aaron Van Nostrand, Esq.
David E. Sellinger, Esq.
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
aaron.vannostrand@gtlaw.com
sellingerd@gtlaw.com




*Atlas Data Privacy Corp., et al. v. Infomatics LLC*
Docket No. 1:24-cv-04041

Responses to the following requests are deficient:

- Interrogatory No. 3
- Interrogatory No. 4
- Interrogatory No. 5
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 18
- Document Request No. 19
- Document Request No. 21

To:
Robert T. Szyba, Esq.
Pamela Q. Devata, Esq.
Max A. Scharf, Esq.
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32 Floor
New York, NY 10018
rszyba@seyfarth.com
pdevata@seyfarth.com
mscharf@seyfarth.com




*Atlas Data Privacy Corp., et al. v. Lighthouse List Company LLC*
Docket No. 1:24-cv-1143

Responses to the following requests are deficient:

- Interrogatory No. 5
- Interrogatory No. 6
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 2
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 8
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 18
- Document Request No. 19
- Document Request No. 21

To:
Ronald L. Davison, Esq.
Richard Welch, Esq.
**STARR, GERN, DAVISON & RUBIN P.C.**
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068
rdavison@starrgern.com




rwelch@starrgern.com

Jacob Sommer, Esq.
Kelsey Harclerode, Esq.
Sudhir Rao, Esq.
**ZWILLGEN PLLC**
1900 M. Street NW, Suite 250
Washington, DC 20036

*Atlas Data Privacy Corp., et al. v. Melissa Data Corp.*
Docket No. 1:24-cv-04292

Responses to the following requests are deficient:

- Interrogatory No. 3
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 2
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 8
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 17
- Document Request No. 21

To:




Michael P. O'Mullan, Esq.
**RIKER DANZIG LLP**
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
momullan@riker.com

*Atlas Data Privacy Corp., et al. v. Nuwber, Inc.*
Docket No. 1:24-cv-04609

Responses to the following requests are deficient:

- Interrogatory No. 2
- Interrogatory No. 3
- Interrogatory No. 4
- Interrogatory No. 5
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 2
- Document Request No. 3
- Document Request No. 4
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 10
- Document Request No. 11
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 17
- Document Request No. 18
- Document Request No. 19
- Document Request No. 20
- Document Request No. 21




To:
Clair E. Wischusen, Esq.
Bianca C. Evans, Esq.
**GORDON, REES, SCULLY & MANSUKHANI, LLP**
290 W. Mt. Pleasant Ave. Suite 3310
Livingston, NJ 07039
cwischusen@grsm.com
bevans@grsm.com

*Atlas Data Privacy Corp., et al. v. People Whiz*
Docket No. 1:25-cv-00237

Responses to the following requests are deficient:

- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 9
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 21

To:
John Brigandi, Esq.
**KNUCKLES, KOMOSINSKI & MANFRO, LLP**
600 East Crescent Avenue, Suite 201




Upper Saddle River, NJ 07458
jeb@km-llp.com

Artin Betpera, Esq.
**BUCHALTER LAW**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

*Atlas Data Privacy Corp., et al. v. Quantarium Alliance LLC*
Docket No. 1:24-cv-04098

Responses to the following requests are deficient:

- Interrogatory No. 2
- Interrogatory No. 3
- Interrogatory No. 4
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 2
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 18
- Document Request No. 19
- Document Request No. 20
- Document Request No. 21

To:
Claire E. Wischusen, Esq.




**GORDON, REESE, SCULLY & MANSUKHANI, LLP**
290 W. Mt. Pleasant Ave, Suite 3310
Livingston, NJ 07039
cwischusen@grsm.com

*Atlas Data Privacy Corp., et al. v. Spy Dialer, Inc.*
Docket No. 1:24-cv-11023

Responses to the following requests are deficient:

- Interrogatory No. 2
- Interrogatory No. 3
- Interrogatory No. 4
- Interrogatory No. 5
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 2
- Document Request No. 3
- Document Request No. 5
- Document Request No. 6
- Document Request No. 7
- Document Request No. 9
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 18
- Document Request No. 19
- Document Request No. 21

To:
Christopher Nucifora, Esq.
Timothy Ortolani, Esq.
**KAUFMAN DOLOWICH LLP**
Court Plaza North




25 Main Street, Suite 500
Hackensack, NJ 07601
cnucifora@kaufmandolowich.com
tortolani@kaufmandolowich.com

*Atlas Data Privacy Corp., et al. v. The People Searchers, LLC*
Docket No. 1:24-cv-04045

Responses to the following requests are deficient:

- Interrogatory No. 2
- Interrogatory No. 3
- Interrogatory No. 4
- Interrogatory No. 5
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 7
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 19
- Document Request No. 21

To:
Robert T. Szyba, Esq.
Pamela Q. Devata, Esq.
Max A. Scharf, Esq.
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32 Floor
New York, NY 10018
rszyba@seyfarth.com
pdevata@seyfarth.com
mscharf@seyfarth.com




*Atlas Data Privacy Corp., et al. v. We Inform, LLC*
Docket No. 1:24-cv-04037

Responses to the following requests are deficient:

- Interrogatory No. 2
- Interrogatory No. 3
- Interrogatory No. 4
- Interrogatory No. 5
- Interrogatory No. 7
- Interrogatory No. 8
- Interrogatory No. 9
- Interrogatory No. 10
- Document Request No. 1
- Document Request No. 7
- Document Request No. 10
- Document Request No. 11
- Document Request No. 12
- Document Request No. 13
- Document Request No. 14
- Document Request No. 15
- Document Request No. 16
- Document Request No. 17
- Document Request No. 19
- Document Request No. 21

To:
Robert T. Szyba, Esq.
Pamela Q. Devata, Esq.
Max A. Scharf, Esq.
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32 Floor
New York, NY 10018
rszyba@seyfarth.com
pdevata@seyfarth.com
mscharf@seyfarth.com