# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BELLES CAMP COMMUNICATIONS, INC., *et al.,* <br><br> Defendants. | Case No. 1:24-cv-04949 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DELVEPOINT, LLC, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-04096 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIMINE, INC., *et al.*, <br><br> Defendants. | Case No. 1:24-cv-04261 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> FIRST DIRECT, INC., *et al.*, <br><br>  Defendants. | Case No. 1:25-cv-01480 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS, LLC, *et al.*, <br><br>  Defendants. | Case No. 1:24-cv-04380 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> INFOMATICS, LLC, *et al.*, <br><br>  Defendants. | Case No. 1:24-cv-04041 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>INNOVATIVE WEB SOLUTIONS, LLC, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-01535 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>LIGHTHOUSE LIST COMPANY, LLC, *et al.*,<br><br>                    Defendants. | Case No. 1:24-cv-11443 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>MELISSA DATA CORPORATION, *et al.*,<br><br>                    Defendants. | Case No. 1:24-cv-04292 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NUWBER, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-04609 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PEOPLEWHIZ, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00237 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE PEOPLE SEARCHERS, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-04045 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br>            Plaintiffs, <br><br> v. <br><br> WE INFORM, LLC, *et al.*, <br><br>            Defendants. | Case No. 1:24-cv-04037 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br>            Plaintiffs, <br><br> v. <br><br> QUANTARIUM ALLIANCE, LLC, *et al.*, <br><br>            Defendants. | Case No. 1:24-cv-04098 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br>            Plaintiffs, <br><br> v. <br><br> SPY DIALER, INC., *et al.*, <br><br>            Defendants. | Case No. 1:24-cv-11023 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> GREENFLIGHT VENTURE CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-01517 |

# ORDER

**AND NOW**, this \_\_\_\_ day of _____, 2025, upon consideration of Plaintiffs' Motion to Compel Personal Jurisdictional Discovery ("the Motion"), and any response thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, within ten (10) days, Defendants shall serve supplemental responses and produce all non-privileged responsive documents according to the Motion and Appendix A hereto; and it is further

**ORDERED** that, within ten (10) days, Defendants shall serve privilege logs identifying and describing any responsive documents that were withheld under privilege; and it is further

//

**ORDERED** that if Defendants fail to comply with any of the above, they may suffer appropriate sanctions upon further application to the Court.

**BY THE COURT**:

Dated: _____         _____

**Harvey Bartle III**
*United States Judge*

## Appendix A

| Defendant | Interrogatory No(s) | Request for Production of Document No(s) |
|---|---|---|
| Belles Camp Communication, Inc. | 2; 3; 4; 5; 7; 8; 9; 10 | 1.a; 1.b; 1.c; 1.d; 2; 3; 5; 6; 7; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 22; 23 |
| Delvepoint, LLC | 3; 7; 8; 9; 10 | 3; 5; 6; 7; 9; 10; 11; 12; 13; 14; 15; 16; 17; 21 |
| Equimine, Inc. | 5; 6; 7; 8; 9; 10 | 1.b; 4; 5; 6; 7; 8; 9; 10; 11; 12; 13; 14; 15; 16; 17; 19 |
| Infomatics LLC | 3; 4; 5; 7; 8; 9; 10 | 1.a; 1.b; 1.c; 1.d; 5; 6; 7; 10; 11; 12; 13; 14; 15; 17; 18; 19; 20; 21 |
| Melissa Data Corporation | 3; 6; 7; 8; 9; 10 | 1.d; 4; 5; 6; 7; 10; 11; 12; 13; 14; 15; 17; 19; 20; 21 |
| Nuwber, Inc. | 1; 2; 3; 4; 5; 7; 8; 9; 10 | 1.a; 1.b; 1.c; 1.d; 2; 3; 5; 6; 7; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 23 |
| Lighthouse List Company, LLC | 2; 4; 5; 6; 7; 8; 9; 10 | 1.a; 1.b; 1.c; 1.d; 2; 3; 4; 5; 6; 7; 8; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 22 |
| Quantarium Alliance, LLC | 2; 3; 4; 7; 8; 9; 10 | 1.b; 1.c; 2; 3; 5; 6; 7; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 22; 23 |
| Spy Dialer, Inc. | 1; 2; 3; 4; 5; 6; 7; 8; 9; 10 | 1.b; 1.c; 1.d; 2; 3; 5; 6; 7; 9; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 23 |
| The People Searchers, LLC | 3; 4; 5; 7; 8; 9; 10 | 1.a; 1.b; 1.c; 1.d; 2; 3; 5; 6; 7; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 23 |
| We Inform, LLC | 3; 4; 5; 7; 8; 9; 10 | 1.a; 1.b; 1.c; 1.d; 2; 5; 6; 7; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 23 |
| GoHunt, LLC | 7; 8; 10 | 5; 6; 7; 10; 11; 12; 13; 14; 15; 17 |
| Peoplewhiz, Inc. | 3; 4; 7; 8; 9; 10 | 5; 6; 7; 10; 11; 12; 13; 14; 15; 16; 17; 21 |
| First Direct, Inc. | 3; 4; 6 | 1.b; 1.d; 2; 3; 5; 7; 10; 11; 12; 14; 15; 16; 17; 19; 20; 21; 22; 23 |