PLAINTIFFS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| PATRICK MISALE | 24-4037 | Attorney General (Intervenor) |
| RAJIV D. PARIKH | ALL MATTERS | ALL PLAINTIFFS |
| ADAM SHAW | ALL MATTERS | ALL PLAINTIFFS |
| Ryan Cooper | 24-cv-4174 | Labels & Lists Inc. |
| Tom Cialino | 24-cv-04949 | Belles Camp Communications, Inc. |
| Tom Cialino | 25-cv-11948 | Cybo Company |
| BRIAN NOEL | 24-cv-4096 | DEWEPOINT |
| SUDHIR RAO | 24-cv-11443 | Lighthouse List Co, LLC |
| | | |
| | | |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Richard Lomuscio | 24-cv-04345 | i360 |
| Matthew Ahkao | 24-4385 | Jynamix Technology |
| John MacDonald | 24-cv-04324; 25-cv-09224; 24-cv-04148 | Restorations of America; FreeformSoft; Accurate Append |
| Mark Stichel | 24-4434; 24-4380; 25-8617 | eMerges.com, Inc; GoHunt; Books In Egraded Mktg. |
| Aaron VanNostrand | 25-110670; 24-MONMOUTH 8075 | Sierra Creative Systems; [illegible] Smart, LLC |
| William Bruno | | |
| Jared Levy — Wood, Smith, Henning & Berman | 24-cv-08451 | Compact Information Systems, LLC; Accudata Integrated Marketing, Inc; AlumniFinder; ASL Marketing, Inc; College Bound Selection Service; Response Cable; HomeData; Student Research Group |
| Andrew Sheppard | 25-cv-1480 | First Direct, Inc. |
| Marcel Pratt | 24-4269 | West Publishing Corp; TREK |
| Melissa Chuderewicz; Michael Schwert | 24-4075; 24-4080; 24-5600; 24-4664; 24-4176 | DMGrow; Deluxe; Property Radar; Rocket Reach; Innovis |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Jenna Schneider | 24-cv-04390 | Fortnoff Financial, LLC |
| John Brigandi | 25-cv-237 | Peopewhiz, Inc |
| Omar Marouf | 24-cv-4292 | MatthMelissa Data Corp. |
| Krista Rose | 24-cv-4256 | Zillow, Inc. |
| Kevin Reich | 24-cv-4261 | Equimine Inc. |
| Timothy Ortolani | 24-cv-11023 | Spy Dialer, Inc. |
| Jared Wichnovitz | 25-cv-01517 | Greenflight Venture Corp. |
| | | |
| | | |
| | | |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Kelly Purcaro | cv-04389 | Say Backwell |
| Kelly Purcaro | cv-04383 | Accuzip |
| Kelly Purcaro | cv-12137 | AGR Marketing |
| Kelly Purcaro | cv-05656 | Alesco |
| Kelly Purcaro | cv-05775 | Amerilist |
| Kelly Purcaro | cv-10600 | Darkow |
| Kelly Purcaro | cv-06863 | REDX |
| Kelly Purcaro | cv-05658 | Searchbug |
| Kelly Purcaro | cv-07650 | TrueSoftware |
| Kelly Purcaro | cv-07324 | USData |