UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN, and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> v. <br><br> GREENFLIGHT VENTURE CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No.: 1:25-CV-01517-HB <br><br> **CONSENT ORDER WITHDRAWING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT GREENFLIGHT VENTURE CORP., ONLY** |

Plaintiffs ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN, and PETER ANDREYEV (hereinafter "Plaintiffs"), and GREENFLIGHT VENTURE CORP. (hereinafter "Greenflight") (and collectively referred to as "Parties"), by and through their undersigned respective counsel, respectfully request that the Court enter the following Consent Order.

**WHEREAS**, Plaintiffs filed a Motion to Compel directed, in part, to Greenflight; and

**WHEREAS**, Plaintiffs and Greenflight have resolved Plaintiffs' claims against Greenflight; and

**WHEREAS**, the Parties seek to withdraw the pending motions as to Greenflight only;

**IT IS** on this 2nd day of February **2026**,

**ORDERED** that:

1.  Plaintiffs' Motion to Compel and Sanction (Doc. # 51) is hereby withdrawn as to Greenflight only. The parties advise the Court that Plaintiffs' Greenflight have resolved Plaintiffs' claims with Greenflight and will file a stipulation of dismissal with prejudice as to Greenflight within thirty (30) days of the date of this Order;

**SO ORDERED**.

Dated:  February 2, 2026                              /s/    Harvey Bartle III
                                                                                              J.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By:/
  /s/*Jessica A. Merejo*                           Dated: January 30, 2026

JESSICA A. MEREJO

One Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email(s): jmerejo@pemlawfirm.com

**LAW OFFICES OF JARED M. WICHNOVITZ, P.C.**
*Attorneys for Defendant Greenflight Venture Corp.*

By: /s/ *Jared M. Wichnovitz*
                                                          Dated: January 29, 2026

JARED M. WICHNOVITZ

50 Harrison Street, Suite 206
P.O. Box 631
Hoboken, New Jersey 07030
Office: (732) 765-2157
Fax: (732) 358-0178
Email: Jared@WichnovitzLaw.com