**PEM LAW LLP**
Rajiv D. Parikh, Esq. (032462005)
Jessica A. Merejo, Esq. (288592020)
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel.: (973) 577-5500
Email: Rparikh@pemlawfirm.com
        Jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

**Law Offices of Jared M. Wichnovitz, P.C.**
Jared M. Wichnovitz, Esq. (414022022)
50 Harrison Street, Suite 206
P.O. Box 631
Hoboken, New Jersey 07030
Tel: (732) 765-2157
Email: Jared@WichnovitzLaw.com
*Attorneys for Defendant Greenflight Venture
Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>GREENFLIGHT VENTURE CORP. RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:25-cv-01517-HB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to F. R. Civ. P. 41, it is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Jane Doe-1, *a law enforcement officer*, Jane Doe-2, *a law enforcement officer*, Patrick Colligan, and Peter Andreyev (collectively, "Plaintiffs") and Defendant Greenflight Venture Corp. ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

1

The Parties and any other person subject to the terms of the agreement dated March 3, 2026 agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the agreement.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By:   /s/ *Jessica A. Merejo*
       JESSICA A. MEREJO

**Law Offices of Jared M. Wichnovitz, P.C.**

*Attorneys for Defendants.*

By:   /s/ *Jared M. Wichnovitz*
       JARED M. WICHNOVITZ